UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:24-cv-10439 MWC (JPRx)                    Date: December 16, 2024

Title     Moises Villalobos v. Maria Siafaris *et al.*

Present: The Honorable:    Michelle Williams Court, United States District Judge

|  T. Jackson  |  No Reporter  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: N/A        Attorneys Present for Defendants: N/A

**Proceedings: (IN CHAMBERS) Order to Show Cause re: Supplemental Jurisdiction**

 The Complaint filed in this action asserts a claim for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA") and claims for damages under California's Unruh Civil Rights Act, California's Disabled Persons Act, the California Health and Safety Code, and a negligence theory.  The Court **ORDERS** Plaintiff to show cause in writing no later than **January 3, 2025** why it should not decline to exercise supplemental jurisdiction over the Unruh Act and other state law claims.  *See* 28 U.S.C. § 1367(c)(2), (c)(4); *Schutza v. Cuddeback*, 262 F. Supp. 3d 1025 (S.D. Cal. 2017).

 The response to this Order to Show Cause must identify the amount of statutory damages Plaintiff seeks to recover.  Plaintiff and Plaintiff's counsel must also support their responses to the Order to Show Cause with declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if they satisfy the definition of a "high-frequency litigant" as provided by California Civil Procedure Code § 425.55(b)(1) & (2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:24-cv-10439 MWC (JPRx)                           Date: December 16, 2024

Title      Moises Villalobos v. Maria Siafaris *et al.*


      Failure to respond as ordered will result in the Court declining to exercise supplemental jurisdiction over the Unruh Act and other state law claims and dismissing those claims without prejudice pursuant to 28 U.S.C. § 1367(c)


     **IT IS SO ORDERED.**


|                              |     :     |
| ---------------------------- | --------- |
| **Initials of Preparer**     |    TJ     |